NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re AKKIMA DANNIELLE BRISCOE,**
*Petitioner*

---

2026-114

---

On Petition for Writ of Mandamus to the United States District Court for the District of Rhode Island in No. 1:25-cv-00398-JJM-PAS, Judge John J. McConnell, Jr.

---

**ON PETITION**

---

PER CURIAM.

**O R D E R**

On October 27, 2025, following a show-cause order, the United States District Court for the District of Rhode Island dismissed Akkima Dannielle Briscoe's complaint, which sought, among other relief, $14,000 from state and federal officials.  On November 14, 2025, this court received a filing from Ms. Briscoe styled as a petition for a writ of mandamus, seeking relief in that matter.  We transfer.

In general, we only have jurisdiction over an appeal from a final district court decision in cases involving the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and

Trademark Office, *see id.* § 1295(a)(4)(C); and cases involving certain damages claims against the United States not exceeding $10,000 in amount, *id.* §§ 1295(a)(2), 1346(a)(2). Ms. Briscoe's case does not fall within any of those categories, such that we lack jurisdiction.[1]  We further conclude that transfer to the United States Court of Appeals for the First Circuit is appropriate under the circumstances of this case.  *See* 28 U.S.C. §§ 41, 1291, 1294, 1631.

Accordingly,

IT IS ORDERED THAT:

This matter and all case filings are transferred to the United States Court of Appeals for the First Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

December 15, 2025
Date

---

[1]    Although Ms. Briscoe styles her filing as a petition for a writ of mandamus, by its terms 28 U.S.C. § 1651 only permits this court to "issue all writs necessary or appropriate in aid of [this court's] respective jurisdiction[]," which does not include her district court case.